Carpenter v. Schaeffer.

CARPENTER v. SCHAEFFER ET AL.

[No. 18,807.   Filed April 27, 1900.]

From the Steuben Circuit Court.   *Dismissed.*

*D. R. Best, E. A. Bratton,* and *C. A. Yotter,* for appellant.

*J. A. Woodhull* and *N. W. Gilbert,* for appellees.

PER CURIAM.—What purports to be a transcript of the record is not authenticated by the seal of the lower court.   The question of the sufficiency of the certificate to said transcript without said seal is in all respects the same as in *No. 4 Fidelity Building and Savings Union* v. *Byrd et al., ante,* 47.   Upon the authority of that case and the authorities cited therein this appeal is dismissed.

---

THE STATE v. WINSTANDLEY ET AL.

[Nos. 18,687, 18,689, 18,690, 18,691, 18,692, 18,693, 18,694, 18,695, 18,700. Filed April 17, 1900.]

From the Clark Circuit Court.   *Affirmed.*

*H. C. Montgomery, W. C. Utz, J. K. Marsh, W. L. Taylor,* Attorney-General, *Merrill Moores* and *C. C. Hadley,* for State.

*A. Dowling, C. L. Jewett, H. E. Jewett, M. Z. Stannard, W. H. Watson, C. D. Kelso* and *J. V. Kelso,* for appellees.

BAKER, J.—The facts are the same as in *State* v. *Winstandley, ante,* 443, except as to names and amounts.   On the authority of that case, the judgment is affirmed.

---

THE STATE v. MIDKIFF.

[Nos. 18,184, 18,185.   Filed May 9, 1900.]

From the Decatur Circuit Court.   *Affirmed.*

*Adams & Carter, Hord & Adams* and *E. E. Roland,* for State.

*B. F. Love, H. A. Morrison, J. S. Duncan, C. W. Smith* and *H. H. Hornbrook,* for appellee.

HADLEY, C. J.—The matters involved in this appeal are the same as those involved in the case of the *State* v. *Kuhn, ante,* 450, except that the appellee, Midkiff, was not at any time placed upon trial; and for reasons given in the former case the judgment in this case is affirmed.